# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>John Charles Eastman<br><br>California State Bar # _193726_ | CASE NO: 2:24-ad-00240-DMG<br><br>ORDER OF DISBARMENT |

On April 24, 2024, the Court issued an Order to Show Cause why the attorney named above should not be disbarred from the Bar of this Court, pursuant to Local Rule 83-3.2, as a result of his or her disbarment by the Supreme Court of California, resignation from the State Bar with charges pending, or enrollment as an involuntary inactive member of the State Bar with cases pending in this Court. A written response to the Order to Show Cause was due thirty days from the date the Order was issued. The Court has received no response that contests the imposition of discipline.

IT IS THEREFORE ORDERED that the attorney named above is hereby disbarred from the practice of law in this Court pursuant to Local Rule 83-3.2.1.

As provided by Local Rule 83-3.2.4, the attorney disbarred by this Order will be reinstated to the Bar of this Court upon proof of his or her reinstatement as an

1  active member in good standing with the State Bar.

2      An attorney registered to use the Court's Electronic Case Filing System

3  (ECF) who is disbarred by this Court will not have access to file documents

4  electronically until the attorney is reinstated to the Bar of this Court.

Date: June 7, 2024

                      DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE